Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Boulevard, Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Email: jgong@gonglawfirm.com

Attorney for Plaintiff
BEHRUZ BONSHAHI, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI, an individual, | Case No. 3:25-cv-01077-AGT |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| vs. | |
| LONG JUNE SIBLINGS, LLC, KOBE JAPAN RESTAURANT, INC., OAK PARK PROPERTY LLC, and DOES 1 through 10, inclusive, | Complaint Filed:  February 3, 2025 |
| | First Amended Complaint Filed:  March, 20, 2025 |
| Defendants. | Trial Date:  None |

Plaintiff hereby notifies the Court that the parties have reached a settlement of this matter that resolves all claims asserted against defendants.  The parties anticipate filing a joint stipulation to dismiss the action with prejudice within the next seventy-five (75) days once the settlement has been finalized.

Dated:  July 28, 2025

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

*/s/ Jason G. Gong*

By: _____
JASON G. GONG
Attorney for Plaintiff
BEHRUZ BONSHAHI