UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI,<br><br>        Plaintiffs,<br><br>v.<br><br>LONG JUNE SIBLINGS, LLC, et al.,<br><br>        Defendants. | Case No.  25-cv-01077-AGT(AGT)<br><br>**CONDITIONAL DISMISSAL ORDER** |

    Plaintiff notified the Court that the parties settled and expect to file a stipulation of dismissal, with prejudice, no later than October 13, 2025. *See* Dkt. 27. Given this notice, the Court conditionally dismisses the case without prejudice.

    If the parties notify the Court by October 13, 2025, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by October 13, 2025, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

    **IT IS SO ORDERED.**

Dated: July 28, 2025

_____
Alex G. Tse
United States Magistrate Judge